# United States Court of Appeals for the Fifth Circuit

―――――――――

No. 24-50368
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**

December 12, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Ernest Andrade Zubiate,

*Defendant—Appellant*.

―――――――――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:03-CR-144-19

―――――――――――――――――――――――――

Before Graves, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Ernest Andrade Zubiate, federal prisoner # 39504-180, appeals the denial of his motion for compassionate release, filed pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Zubiate argues that the district court failed to explain its reasons for rejecting his arguments regarding the extraordinary and compelling reasons warranting his compassionate release. Additionally, he

―――――――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

contends that the district court, in assessing the relevant 18 U.S.C. § 3553(a) factors, abused its discretion by denying relief based on pre-sentence conduct that was over 20 years old without giving any weight to his post-sentence rehabilitation. Although Zubiate also attempts to incorporate the arguments raised in his § 3582(c)(1)(A)(i) motion, he may not do so. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir. 1993).

We review the denial for abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). Here, the district court conducted an independent review of the § 3553(a) factors and determined that Zubiate was not entitled to relief. Zubiate's disagreement with the balancing of those factors is insufficient to show an abuse of discretion. *See id.* at 694. Moreover, the district court's analysis was thorough and "relied upon the record, while making clear that [the court] considered [Zubiate's] arguments and [took] account of the § 3553(a) factors." *Chavez-Meza v. United States*, 585 U.S. 109, 116 (2018). Accordingly, the reasons provided are sufficient. *See id.*

Because the district court's independent consideration of the § 3553(a) factors provides a sufficient basis for affirmance, we need not consider whether the district court erred in determining that Zubiate failed to show extraordinary and compelling reasons warranting relief. *See United States v. Jackson*, 27 F.4th 1088, 1093 n.8 (5th Cir. 2022).

AFFIRMED.